USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE LUIS ALBA,                                       :
                                                      :
                                   Plaintiff,         :
                                                      :               1:19-cv-4579-GHW
                      -v -                             :
                                                      :                     ORDER
COLUMBIA GOURMET DELI CORP., et al.,                  :
                                                      :
                                  Defendants.   :
---------------------------------------------------------------- X


GREGORY H. WOODS, United States District Judge:

        A jury trial in this matter will begin on **Monday, April 26 at 9:00 a.m.**  The Court will hold

a final pretrial conference in this case on **Monday, April 12, 2021 at 12 p.m.**  The jury trial will be

held in a courtroom of the United States District Court for the Southern District of New York,

Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.  The

parties will be notified of the courtroom number prior to the trial date.  The final pretrial conference

will take place via teleconference.  The parties are directed to the Court's Emergency Rules in Light

of COVID-19, which are available on the Court's website, for the dial-in number and other relevant

instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's

Emergency Rules.

        The parties are directed to submit the following materials no later than **March 12, 2021**:  (1)

the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's

Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of

the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the

applicable law, to be read to the jury as part of the Court's initial instructions prior to opening

statements.

      SO ORDERED.

Dated:  February 12, 2021

                                                              GREGORY H. WOODS
                                          United States District Judge