```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
JOSE LUIS ALBA, individually and on behalf  :
 of others similarly situated                     :
                                              :
                                 Plaintiff,:                  1:19-cv-4579-GHW
                                              :
              -against-                   :                          <u>ORDER</u>
                                              :
COLUMBIA GOURMET DELI CORP., et al., :
                                              :
                                 Defendants.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       This case will proceed to trial as scheduled on February 17, 2022. Trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

       Given the similarities between the FLSA and NYLL, the parties are directed to submit a joint letter by February 4, 2022, notifying the Court whether, in light of the nature of the charges and the remedies available, the Court should separately charge the jury on both the FLSA and the NYLL as proposed, or whether the Court should focus the charges on the NYLL.

       SO ORDERED.

Dated: January 31, 2022                                       _____
New York, New York                                               GREGORY H. WOODS
                                                                  United States District Judge