UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSE LUIS ALBA, *individually and on behalf of others similarly situated*,

                    Plaintiff,

-against-

142 GROCERY AND TOBACCO INC.
(D/B/A 142 GROCERY & TOBACCO) and
ABO NOAH (A.K.A. ABO AHMAD),

                    Defendants.
------------------------------------------------------------X

1:19-cv-04579-GHW

**(PROPOSED) JUDGMENT**

      WHEREAS on or about March 3, 2022, Defendants 142 GROCERY AND TOBACCO INC. (D/B/A 142 GROCERY & TOBACCO) and ABO NOAH (A.K.A. ABO AHMAD) extended to Plaintiff JOSE LUIS ALBA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Twenty Thousand Dollars and Zero Cents ($20,000.00)</u>, and whereas said Plaintiff accepted said offer on or about March 4, 2022.

      JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Twenty Thousand Dollars and Zero Cents ($20,000.00)</u>.

      Dated: New York, New York

            _____ , 2022

                                          _____
                                          JUDGE GREGORY H. WOODS, U.S.D.J.